## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | No. 3:24cr152 |
| **Plaintiff** | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **DAVID FELICIANO-SEIZE,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this 23rd day of April 2025, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendant David Feliciano-Seize's motion to dismiss Count 2 of the indictment (Doc. 31) is **DENIED**.

2) This matter will be set for trial by way of a separate order.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court